CIVIL NON-JURY TRIAL OR MOTION HEARING
MINUTE SHEET                                                   DATE:    11/10/15

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br>Tyrone Henderson, et al.<br>v.<br>Trans Union, LLC, et al. | CASE NO: 3:14CV679<br>JUDGE: Gibney<br>COURT REPORTER: G. Halasz, OCR |

MATTER COMES ON FOR:  BENCH TRIAL ( )  MOTION HEARING (X) OTHER:

APPEARANCES:  Parties by (✓)/with (  ) counsel     Pro Se (  )

MOTIONS BEFORE TRIAL: Motion to Certify Class

**PROCEEDINGS:**
WITNESSES EXCLUDED ON MOTION OF:  PLAINTIFF(S) (  )     DEFENDANT(S) (  ) Court (  )
OPENING STATEMENTS MADE (  )      OPENING WAIVED (  )
PLAINTIFF(S) ADDUCED EVIDENCE (  ) RESTED (  ) MOTION (  ) _____
DEFENDANT(S) ADDUCED EVIDENCE (  ) RESTED (  ) MOTION (  ) _____
EVIDENCE CONCLUDED (  )     ARGUMENTS OF COUNSEL HEARD (✓)

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS:
The court certifies the class; an order will enter after time for filing an interlocutory appeal has passed to set up a timeline for the case; the plaintiff has 30 days to name an additional plaintiff & the defendant has 30 days to take his deposition

Leonard K. Bennett, Lauren Brennan
Counsel for Plaintiff(s)

Michael C. O'Neill, Travis A. Sabalewski
Counsel for Defendant(s)

SET: 9:30am   BEGAN: 9:32am   ENDED: 10:21am   TIME IN COURT: 49 mins.
RECESSES: